■ In the Matter of KRISTEN K., an Infant, by JOANNE K., Individually and as Mother and Natural Guardian, Appellant, v CHILDREN'S HOSPITAL OF BUFFALO, Respondent. (Appeal No. 2.) [614 NYS2d 354] —Order insofar as appealed from reversed on the law without costs and plaintiff's motion granted. Same Memorandum as in *Matter of Kristen K. v Children's Hosp.* (204 AD2d 1009 [decided herewith]).

All concur except Lawton, J., who dissents and votes to affirm for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Discovery.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ In the Matter of KRISTEN K., an Infant, by JOANNE K., Individually and as Mother and Natural Guardian, Appellant, v CHILDREN'S HOSPITAL OF BUFFALO, Respondent. (Appeal No. 3.) [614 NYS2d 354] —Order reversed on the law without costs and plaintiff's motion granted. Same Memorandum as in *Matter of Kristen K. v Children's Hosp.* (204 AD2d 1009 [decided herewith]).

All concur except Lawton, J., who dissents and votes to affirm for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Discovery.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.